UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KELDA PRICE WELLS, ET AL

VERSUS

U.S. DEPARTMENT OF EDUCATION,
OFFICE FOR CIVIL RIGHTS

CIVIL ACTION

NO. 11-16-RET

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated May 9, 2011. Plaintiffs have filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, this matter shall be dismissed, without prejudice, for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e).

Baton Rouge, Louisiana, July 14, 2011.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA